| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

        v.

LEONIDES SIERRA et al.,

        Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

11 Cr. 1032 (PAE)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney for the
                                                 Southern District of New York

                                        by:   /s/ Rachel Maimin

                                              Assistant United States Attorney
                                              (212) 637-2460