UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

United States                                          Case No. 11 cr 1032 (PAE)
                            Plaintiff,

     -against-

Jose Barcarer               Defendant.
-------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Stewart L. Orden**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SO 3700      My State Bar Number is 1682608

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Stewart L. Orden
            FIRM ADDRESS: 225 Broadway Suite 715, NY, NY 10007
            FIRM TELEPHONE NUMBER: 212 406-1200
            FIRM FAX NUMBER: 212 333-3673

NEW FIRM:   FIRM NAME: Stewart L. Orden
            FIRM ADDRESS: 2 Gannett Drive, suite 418, White Plains, NY, 10604
            FIRM TELEPHONE NUMBER: 914 393-9450
            FIRM FAX NUMBER: 914 ~~328-1673~~ 472-1111

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge _____.

Dated: 6/14/12

ATTORNEY'S SIGNATURE