UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES

          -v-

LEONIDES SIERRA et al.,

                                Defendants.

------------------------------------------------------------------X

11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from the Government, dated July 3, 2012, in which it asks the Court to reconsider its Order, made during the June 13, 2012 pretrial conference in this case, directing the Government to (1) disclose, as to each defendant, which of the 35 acts of violence that formed the basis of the grand jury's indictment that defendant is alleged to have been complicit in, and (2) provide each defendant with exculpatory information, if any exists, as to the acts of violence in which that defendant is alleged to have been complicit. The Court notes that the Government represents, as to the Rule 16 material covered by the Court's May 30, 2012 Order, that it will produce *today* all such material in its possession, custody, and control, as required by the Court's Order.

    Any defense counsel wishing to submit a written response should do so by hand delivery and electronic delivery (to engelmayernysdchambers@nysd.uscourts.gov) no later than 5:00 p.m. on Friday, July 6, 2012. The Court expects to schedule a conference to address the Government's request, and defense counsel's responses thereto, for Wednesday, July 11, 2012.

    SO ORDERED.

                                                              Paul A. Engelmayer
                                                              United States District Judge

Dated: July 3, 2012
       New York, New York