UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                  Defendants.

------------------------------------------------------------X

11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On pages 7-8 of the Government's letter of July 3, 2012, the Government lists cases in which it has furnished defense counsel with "enterprise letters," and urges the Court to consider directing the Government to compile and produce such a letter in this case. To assist the Court in considering this proposal, the Court directs the Government to produce to the Court, forthwith, a copy of the enterprise letters that it has produced in these prior cases.

SO ORDERED.

                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: July 5, 2012
       New York, New York