```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

　　　　-v-

LEONIDES SIERRA et al.,

　　　　　　　　　Defendants.

------------------------------------------------------------X

11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

　　The Court has reviewed (1) the Government's letter, dated July 3, 2012, requesting that the Court reconsider aspects of its June 13, 2012 Order; (2) the collection of "enterprise letters" furnished by the Government, at the Court's request; and (3) the letter response from Mr. Gregory Cooper, counsel to defendant Carlos Urena, dated July 5, 2012. Based on its review of these materials, the Court presently expects to resolve this issue on the papers, without a need for an in-person conference. To allow other defense counsel an opportunity to respond to the Government's letter, as requested in Mr. Cooper's letter, the deadline for such responses is hereby extended to July 10, 2012, at 5:00 p.m.

　　SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: July 6, 2012
　　　　New York, New York