UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES | DECLARATION |
| vs. | |
| LUIS CABRERA-RECIO, | |
| Defendant. | 11 CR 1032 (PAE) |

_____

      HENRY J. STEINGLASS, a member of the Bar of this Court, declares under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that:

      1. I represent Defendant Luis Cabrera-Recio in this matter. I submit this Declaration pursuant to this Court's Order of August 24, 2012.

      2. I have not provided anyone with a copy of the prosecution's "Preliminary Enterprise Letter", dated August 1, 2012.

      3. I also note that I have not provided anyone with a copy of the prosecution's letter, dated August 31, 2012, supplementing the Preliminary Enterprise Letter.

Dated: New York, New York
          September 5, 2012

                                                  _____
                                                  Henry J. Steinglass