```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                              Defendants.

------------------------------------------------------------X

11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The first sentencing proceeding for a Group A defendant in this case is presently scheduled for November 30, 2012, with other Group A sentencing proceedings presently scheduled on various dates in December, January and February. Pursuant to 18 U.S.C. § 3553(a)(6), among the factors that the Court is required to consider in imposing each sentence is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." The Court is mindful that, on the basis of the materials furnished to the Court to date (the superseding Indictment, plea agreements and/or *Pimentel* letters, and each defendant's plea allocution), the Court has limited ability to assess the relative culpability of the various Group A defendants. To enable the Court to fairly consider the application of section 3553(a)(6) to the Group A defendants, the Court asks that the Government and counsel for each defendant be prepared to address that point, to the extent possible, in their sentencing memoranda submitted prior to that defendant's sentencing.

SO ORDERED.

                                              *Paul A. Engelmayer*

                                              Paul A. Engelmayer
                                              United States District Judge

Dated: November 8, 2012
       New York, New York