

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

    - v. -

LEONIDES SIERRA et al.,

        Defendants.

**ORDER**

**S4 11 Cr. 1032 (PAE)**

Upon the application of the United States of America by Rachel Maimin, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S4 11 Cr. 1032 (PAE), be unsealed.

Dated:  New York, New York
          December 12, 2012

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE