USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

       - v. -                  :              **ORDER**

LEONIDES SIERRA,                   :
    a/k/a "Junito,"
    a/k/a "Junior,"              :              S4 11 Cr. 1032 (PAE)
RICHARD GONZALEZ,
    a/k/a "Webb,"                :
    a/k/a "Webb Killa,"
CARLOS URENA                       :
    a/k/a "Salcedo,"
    a/k/a "White Boy,"           :
EDWIN CIRIACO,
    a/k/a "Machete,"             :
    a/k/a "Bobie,"
ANIBAL RAMOS,                      :
    a/k/a "Moreno,"
ALFRED LAFORD,                     :
    a/k/a "Sony,"
ANTONIO PENA,                      :
    a/k/a "La Percha,"
JULIO BRITO,                       :
    a/k/a "Fresh,"
FELIX LOPEZ-CABRERA,               :
    a/k/a "Suztancia,"
CARLOS LOPEZ,                      :
    a/k/a "Carlito,"
NOEL ACOSTA-DISLA,                 :
    a/k/a "Fugitivo,"
TOMAS CASTILLO,                    :
    a/k/a "Chobolo,"
    a/k/a "Chobolito,"           :
LUIS BELTRAN,
    a/k/a "Gualey,"              :
MIGUEL STRONG,
    a/k/a "Kiki,"                :
JUAN FRANCO,
    a/k/a "Juan Carlos,"         :
LIMET VASQUEZ,
    a/k/a "Blood,"               :
ALEJANDRO SORIANO,
LENIN MOREL,                       :
    a/k/a "Lenny,"
    a/k/a "Cibao,"               :

```
RAMON LIZARDI,
     a/k/a "Trencita,"         :
LEWIS SANTOS,
     a/k/a "Revolution,"       :
MIGUEL DELANCE,
     a/k/a "Master Flava,"     :
MARIA MEJIA,
JOSE MEJIA,                    :
JAVIER BELTRAN,
     a/k/a "Baja Pantie,"      :
MICHAEL CABRERA,
     a/k/a "Mikey 7,"          :
JULIAN LOPEZ,
CHRISTIAN NIEVES,              :
     a/k/a "White Boy,"
     a/k/a "Eric Rosario,"     :
YANDEL SILVERIO,
     a/k/a "Negro,"            :
VLADAMIR DIAZ,
     a/k/a "Pipa,"             :
ANDRY LAZALA,
     a/k/a "Flaco Loco,"       :
RAYMOND SOSA,
MANUEL GERALDO,                :
     a/k/a "Chino,"
HARGELIS VARGAS,               :
     a/k/a "Frustrao,"
     a/k/a "Futrao,"           :
JUGO CESPEDES,
     a/k/a "Necio,"            :
JOAN VASQUEZ,
     a/k/a "Gordo,"            :
ARGENIS GUILLEN,
     a/k/a "Memo,"             :
HERIBERTO MARTINEZ,
     a/k/a "Bori,"             :
ANDY CIPRIAN,
     a/k/a "Clev,"
     a/k/a "Quince,"           :
ALBERT SALCE, and
ANDERSON ABREU,                :
     a/k/a "Mudo,"
                               :
              Defendants.
                               :
- - - - - - - - - - - - - - - -x
```

IT IS HEREBY ORDERED that the Protective Order entered

on July 30, 2012 (the "Protective Order"), as well as the Court's Order dated August 24, 2012, extending the Protective Order to supplemental enterprise letters, are rescinded effective immediately.

Dated:  New York, New York
        December 14, 2012

*Paul A. Engelmayer*
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE