# GOLDBERG & RIMBERG PLLC

*Attorneys at Law*

115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250 x349
Fax: (866) 651-3196

January 29, 2013



Hon. Paul A Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Jose Feliciano
11-cr-1032 (PAE)

Dear Judge Engelmayer:

    This firm represents Jose Feliciano, one of the defendants in the above-referenced indictment. This letter is respectfully submitted to request an adjournment of Mr. Feliciano's sentencing, which is currently scheduled to take place on February 8, 2013.

    This adjournment is being requested because I only received a copy of the first draft (together with the amended version) of the Pre-Sentence Report ("PSR") on or about January 22, 2013, less than the 35 days required pursuant to Fed. R. Crim. P. 32(e). I understand that the late disclosure was inadvertent and due it an oversight.

    Nevertheless, due to the late disclosures, I have not yet been unable to meet with Mr. Feliciano to review the PSR or to submit objections to the PSR. As a result of the foregoing, I have also not yet been able to prepare an appropriate sentencing submission.

    In light of the above, I respectfully request that Mr. Feliciano's sentencing be adjourned approximately 30 days, to the week of March 11, 2013.

    I have conferred with AUSAs Krissoff and Heller and they advise me that the Government does not object to this request. I have also conferred with United States Probation Officer Doino, who advises me that the Probation Department has no objection to this request.

    Thank you in advance for Your Honor's consideration in this matter.

Respectfully submitted,

Joseph A. Grob

cc: AUSA Sarah Krissoff
    AUSA Nola Heller
    U.S. Probation Office Doino

*The sentence is hereby adjourned to March 7, 2013 at 10:00 AM.*

**SO ORDERED:**

1/30/13   Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE