UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
                    Plaintiff,

-AGAINST-

                                                    11 cr 1032-32 (PAE)

JOSE BARCARER,

                    Defendant.

SENTENCING MEMORANDUM ON BEHALF OF JOSE BARCARER

Defendant JOSE BARCARER, through his counsel, respectfully submits this memorandum in aid of sentencing. The sentencing hearing is scheduled for February 13, 2012.

Introduction

Generous, selfless, and devoted, to family. This is the portrait of Mr. Barcarer that emerges from the descriptions of him submitted to the Court in his biography as related in the pre-sentence report and confirmed by Trigel Rocio Frometa the mother of his children as well as the letters submitted herein. (EX A). We believe that under 18 U.S.C. § 3553, a non-Guidelines sentence below the guidelines is warranted or at the very bottom of the guidelines consistent with the recommendation of the Department of Probation.

I.      The Applicable Sentencing Standard

        The continuing importance of the guidelines in the sentencing determination is predicated in large part on the Sentencing Reform Act's intent that, in promulgating guidelines, the Commission must take into account the purposes of sentencing as set forth in 18 U.S.C. § 3553(a). See 28 U.S.C. §§ 994(f), 991(b)(1). The Supreme Court reinforced this view in Rita v. United States, 127 S. Ct. 2456 (2007), which held that a court of appeals may apply a presumption of reasonableness to a sentence imposed by a district court within a properly calculated guideline range without violating the Sixth Amendment. In Rita, the Court relied heavily on the complementary roles of the Commission and the sentencing court in federal sentencing, stating:

1

[T]he presumption reflects the nature of the Guidelines-writing task that Congress set for the Commission and the manner in which the Commission carried out that task. In instructing both the <u>sentencing</u> <u>judge</u> and the <u>Commission</u> what to do, Congress referred to the basic sentencing objectives that the statute sets forth in 18 U.S.C. § 3553(a) . . . . The provision also tells the sentencing judge to "impose a sentence sufficient, but not greater than necessary, to comply with" the basic aims of sentencing as set out above. Congressional statutes then tell the <u>Commission</u> to write Guidelines that will carry out these same § 3553(a) objectives. <u>Id.</u> at 2463 (emphasis in original). The Court concluded that "[t]he upshot is that the sentencing statutes envision both the sentencing judge and the Commission as carrying out the same basic § 3553(a) objectives, the one, at retail, the other at wholesale," <u>id.</u>, and that the Commission's process for promulgating guidelines results in "a set of Guidelines that seek to embody the § 3553(a) considerations, both in principle and in practice." <u>Id.</u> at 2464.

Consequently, district courts are required to properly calculate and consider the guidelines when sentencing, even in an advisory guideline system. <u>See</u> 18 U.S.C. § 3553(a)(4), (a)(5); <u>Booker</u>, 543 U.S. at 264 ("The district courts, while not bound to apply the Guidelines, must . . . take them into account when sentencing."); <u>Rita</u>, 127 S. Ct. at 2465 (stating that a district court should begin all sentencing proceedings by correctly calculating the applicable Guidelines range); <u>Gall v. United States</u>, 128 S. Ct. 586, 596 (2007) ("As a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark."). The district court, in determining the appropriate sentence in a particular case, therefore, must consider the properly calculated guideline range, the grounds for departure provided in the policy statements, and then the factors under 18 U.S.C. § 3553(a). <u>See</u> <u>Rita</u>, 127 S. Ct. at 2465. The appellate court engages in a two-step process upon review. The appellate court "first ensure[s] that the district court committed no significant procedural error, such as failing to calculate (or improperly calculating) the Guidelines range . . . [and] then consider[s] the substantive reasonableness of the sentence imposed under an abuse-of-discretion standard[,] . . . tak[ing] into account the totality of the circumstances, including the extent of any variance from the Guidelines range." <u>Gall</u>, 128 S. Ct. at 597.

18 *USCS Appx prec* § 1A3.1

Following *United States v. Booker*, 125 S. Ct. 738 (2005), the Court must impose a sentence in accordance with 18 U.S.C. § 3553(a), and should no longer presume that a sentence calculated pursuant to the United States Sentencing Guidelines is appropriate. *Kimbrough v. United States*, 552 U.S. 85 (2007), *United States v. Pickett*, 475 F.3d 1347, 1353 (D.C. Cir. 2007). Indeed, the correctly calculated Guidelines range is but one factor for the Court to consider in imposing sentence. Most significantly, the Court must impose a sentence "sufficient, but not greater than necessary" to comply with the purposes of punishment set forth in 18 U.S.C. § 3553(a)(2). See also *United States v. Foreman*, 436 F.3d 638, 644 n. 1 (6th Cir. 2006) ("district court's job is not to impose a 'reasonable' sentence [but] to impose 'a sentence sufficient, but not greater than necessary, to comply with the purposes' of section 3553(a)(2)"); United States v. Tucker, 473 F.3d 556, 561 (4th Cir. 2007) (same); United States v. Willis, 479 F.Supp.2d 927, 929 (E.D. Wis. 2007) (explaining that "the so-called parsimony provision . . . directs the court to impose the minimum term necessary to comply with the statutory goals of sentencing"). Those purposes include the need "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense"; "to afford adequate deterrence to criminal conduct"; and "to protect the public from further crimes of the defendant." 18 U.S.C. § 3553(a)(2)(A), (B) and (C).

Pursuant to § 3553(a), courts must also consider a number of other factors, including "the nature and circumstances of the offense and the history and characteristics of the defendant"; "the kinds of sentences available"; and the Guidelines. Id. at § 3553(a)(1), (3), and (4); see also United States v. Simpson, 430 F.3d 1177, 1186 (D.C. Cir. 2005). Under this new sentencing regime, a court should consider all of the relevant sentencing factors, giving no more weight to one factor than to any other factor. The focus of the new regime is thus a sentence based on the whole person before the sentencing court, rather than simply the version of the person reflected in the numbers and grids of the Guidelines. Here, that focus means that we respectfully urge the Court to sentence Mr. Barcarer on the basis of the portrait of him presented in the Presentence Investigation Report ("PSR") and in the letters submitted on his behalf, rather than on the basis of some incomplete or distorted picture.

The Probation Office calculated the applicable Guidelines range at 24-30 months. We believe that the Probation Office's calculations are correct. Full consideration of the other factors outlined in § 3553(a), including the fundamental command that the sentence be sufficient, but not greater than necessary to serve the purposes of punishment, makes clear that a sentence outside and below the guidelines is warranted here.

II.     Mr. Barcarer's Personal and Professional History Support A Sentence of Below the guidelines. Under § 3553(a)(1), in sentencing Mr. Barcarer the Court must consider his "history and characteristics."

Mr. Barcarer grew up in a family at times dispersed and disrupted after having returned to the Dominican Republic when only four months old, and under difficult extremely difficult conditions. As reported by Mr. Barcarer, his mother had to sell their worldly possessions in order to pay for his father's medical bills after a stroke. Additionally he was raised under the hand of an abusive father. His conduct upon reentering the United States has been, excepting his instant criminal involvement one of a hard worker, who perhaps uniquely, strived to find steady work and filed tax returns regularly in order to support himself and children, not that of an evil criminally minded person. (EX B, C)[1]

III.     The Nature and Circumstance of the Offense

Under § 3553(a)(1), the Court must also analyze the "nature and circumstances" of the convicted offenses. Mr. Barcarer fully acknowledges his crime of conviction is serious.

IV.     The Relevant Guidelines Calculations

V.

Although the Supreme Court declared the Guidelines advisory, we recognize that the Court is obligated to compute the relevant sentencing range under the Guidelines when completing its sentencing analysis. To begin with we believe that the correct range is 24 to 30 months. The Court should begin its consideration of the Guidelines factor in its analysis under § 3553(a) from that point.

V.     A Sentence of less than 24 months Would Satisfy The Requirements of Section 3553(a)(2)

Turning to § 3553(a)(2), the Court must also consider the need for Mr. Barcarer's sentence to (i) reflect the seriousness of his offense, promote respect for the law, and provide just punishment for the offense; (ii) adequately deter criminal conduct; and (iii) protect the public from further crimes of the defendant.

A.     The Seriousness of the Offense

The offenses here are serious ones.

VI.     Sentencing Recommendation

There is no denying the seriousness of the crime of which Mr. Barcarer was convicted. At the same time, there is no denying the kind of person Mr. Barcarer is and the contributions he has made to others. In light of these factors and the goals of § 3553(a), a prison sentence of greater than 24 months for Mr. Barcarer would be "greater than necessary" punishment in this case. A sentence less than 24 months, would still promote respect for the law.

---

[1] An attempt to gather Mr. Barcarer's tax returns for later years has been unavailing. Only a sample of his wage receipts are attached herein.

Conclusion

For the reasons set forth in this Memorandum and in the PSR, we
respectfully request that the Court sentence Mr. Barcarer to a sentence below the
guidelines.

Dated:        Westchester, New York
              February 6, 2013


Respectfully submitted,




Stewart L. Orden

Service via e-mail and via Clerk's Notice of Electronic Filing upon the following attorneys,

who are Filing Users in this case:


Assistant United States Attorney
Rachel Maiman, Esq.
1 St. Andrews Plaza
New York, NY 10007

1/21/13

To whom may concern :

My brother Jose Barcaul has made mistake in the past and realy believe he has changed. the past few years he was working hard to provide for his family. As growing up he went throught alot moving to one place to another not going to school, his childhood was hard. As he come to new york permonently he was living with them and things wont going well so he decide to move on his own from there on things went wrong because he didn't have no one to guide him. As a adult he wants to provide for his childrens and guide then through the correct path. I as his sister ask you to please give him a chance to be there for his kids and to prove he

**A**

could become a better man.

thank you.

1/21/13

To Whom may Concern

My uncle Jose Barcacel is a
Stronge independent man...he's always trying
his best to procced...he made alot of
mistake's but he own up to it and became
a better father, uncle, brother, Son and
most importanly a better man. Everytime
I look over my shoulder his always been
there and I plan to do the same for him

Love's Priscila Abreu :)

1-20-13

To whom may Concern

Jose Barcacel is my neighbour
brother I knew him for 7 years and I
Can honstly say he is very responsible and
a dedicated father I belive he deserve
a Second chance everybody not perfect he
Should at least have a chance to start
from Scratch. Over the past years I learn
his family is the most important thing in
his life and you should'nt take that away
from him.

Yanira Sanchez
XXXXXXXXXXXXXXXXXXXXXXX
Bronx ny. 10452,

Yanira Sanchez

Anibal Barcacel
02/04/13

To whom it concern:

I, Anibal Barcacel, am writing this letter in regards to Jose Luis Barcacel, my brother, upcoming court appearence and the changes I have seen in Mr. Barcacel character in the last few months. During the years I have known Mr. Barcacel in many capacities and during his time of incarceration I have seen many changes in Mr. Barcacel character which I must commend, he has grown so much during the last few months, I could see that he has become a man of responsibility. He's demonstrated how much his family, extended and immediate mean to him, he speaks to all of us in a manner of which is to be expected of a man who know what's important to him. I don't believe the reason for his change is due to his incarceration if not an actual change in him, unfortunately Mr. Barcacel was at one point a little misguided due the company he kept but he realized now who his true friends are and how his family always wanted the best for him. All his conservations center around family and how he plan on bettering himself once he is released, just the other day he told me how wanted to open a barber shop, it might seem like a small thing to you, but please understand that prior to his arrest he would never speak about such a thing, and he tells me how he's learn to cut hair during his time in jail. He's also tell of how much he's appreciating books and the fascinating stories they tell, something also that may sound like something small, but to us his family, is something we never expected to hear him appreciate. In my opinion he's trying his hardest to stay out of trouble. I believe Mr. Barcacel is an intelligent, capable, dedicated, and personable young man. He is also quick on his feet, with sensible reactions in all the circumstances I've seen him in. I can now say I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity.

Anibal Barcacel

Form **1040**   Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2005**   (99)   IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning _____ 2005, ending _____ 20 _____   OMB No. 1545-0074

| Label | Name | Spouse's Name (if Joint Return) | Home Address | City, State, and ZIP Code | Your social security number |
|---|---|---|---|---|---|
| (See instructions) | JOSE L BARCACER | | | | -1454 |

Use the IRS label. Otherwise, please print or type.

Bronx NY 10457-

Spouse's social security no.

▲ **You must enter your SSN(s) above.** ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

8a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ............
b ☐ Spouse ......................................................................

| c Dependents: (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see Instr.

d Total number of exemptions claimed ...............................................

Boxes checked on 6a and 6b ........ **1**
No. of children on 6c who:
• lived with you ........ **0**
• did not live with you due to divorce or separation (see instr.) ........ **0**
Dependents on 6c not entered above ........ **0**
Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 368. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities | b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 368. |

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see instructions) | 32 | |
| 33 | Student loan interest deduction (see instructions) | 33 | |
| 34 | Tuition and fees deduction (see instructions) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 368. |

Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.
US104091 Rev. 1

BCA   **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions**   Form **1040** (2005)

**B**

Form 1040 (2005)    JOSE L BARCACER                                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          Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 368. |
| | 39a | Check **You** were born before Jan. 2, 1941, ☐ Blind. **Total boxes** if: ☐ **Spouse** was born before Jan. 2, 1941, ☐ Blind. ⎤ checked ▶ 39a | | | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ....................................▶ 39b ☐ | | | |
| **● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) ...... | | 40 | 5,000. |
| | 41 | Subtract line 40 from line 38 | | 41 | (4,632.) |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total no. of exemptions claimed on line 6d | | 42 | 3,200. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0 |
| **● All others: Single, or Married filing separately, $5,000** | 44 | Tax (see instr.). Check if any tax is from: **a** ☐ Form(s) 8814    **b** ☐ Form 4972 ...... | | 44 | |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 ..................... | | 45 | |
| | 46 | Add lines 44 and 45 ............................................▶ | | 46 | |
| **Married filing jointly or Qualifying widow(er), $10,000** | 47 | Foreign tax credit. Attach Form 1116 if required ............. | 47 | | |
| | 48 | Credit for child and dependent care exp. Attach Form 2441 .. | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R .... | 49 | | |
| **Head of household, $7,300** | 50 | Education credits. Attach Form 8863 ...................... | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 ... | 51 | | |
| | 52 | Child tax credit (see instr.). Attach Form 8901 if required ... | 52 | | |
| | 53 | Adoption credit. Attach Form 8839 ....................... | 53 | | |
| | 54 | Credits from:    **a** ☐ Form 8396    **b** ☐ Form 8859 | 54 | | |
| | 55 | Other credits. Check applicable box(es): **a** ☐ Form 3800 | | | |
| | b | ☐ Form 8801    **c** ☐ Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** ......................... | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ...........▶ | | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE ................................ | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ... | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 ......................... | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H .............................. | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ..........................▶ | | 63 | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 ..... | 64 | 29. | |
| | 65 | 2005 estimated tax pymts and amt applied from 2004 return ... | 65 | | |
| **If you have a qualifying child, attach Schedule EIC.** | 66a | Earned income credit (EIC) ............................. | 66a | NO | |
| | b | Nontaxable combat pay election ......▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 .............. | 68 | | |
| | 69 | Amount paid with request for extension to file (see inst) ..... | 69 | | |
| | 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 70 | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ................▶ | | 71 | 29. |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | | 72 | 29. |
| **Direct deposit? See instructions and fill in 73b, 73c, and 73d.** | 73a | Amount of line 72 you want **refunded to you** ...................................▶ | | 73a | 29. |
| | b | Routing number XXXXXXXXXXXXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number XXXXXXXXXXXXXXXXXXXXXXX | | | |
| | 74 | Amount of line 72 you want **applied to your 2006 est. tax** ▶ | 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | | 75 | |
| | 76 | Estimated tax penalty (see instructions) .................. | 76 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete the following. ☒ **No** Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | | |

**Sign Here**
Joint return?
See instr.
Keep a copy
for your
records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| Your signature | Date | Your occupation HELPER |
| | | Daytime phone number 646-696-6894 |
| Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation |

| **Paid Preparer's Use Only** | Preparer's signature | | Date 02/08/2007 | Check if self-employed ☐ | Preparer's SSN or PTIN 5725 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | ISABEL | | EIN | |
| | | Bronx NY 10454- | | Phone no. 718-402-2118 | |

BCA    Copyright form software only, 2005 Universal Tax Systems, Inc.  All rights reserved.    US1040S2    Rev. 1    Form **1040** (2005)

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2006** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning ____ , 2006, ending ____ 20 ____ | OMB No. 1545-0074

**Label** (See Instructions)

Name    Spouse's Name (if Joint Return)    Home Address    City, State, and ZIP Code

JOSE L BARCACER

APT WB

Bronx NY 10457-

Your social security number    1454

Spouse's social security no.

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶    You    Spouse

**Filing Status**
Check only one box.

1  [X] Single
2  [ ] Married filing jointly (even if only one had income)
3  [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4  [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5  [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a .............
b  [ ] Spouse .................................................
Boxes checked on 6a and 6b | 1

c  Dependents:

| (1) First name    Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4)✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
| I    B._____ | -2956 SON | | X |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instr.

No. of children on 6c who:
• lived with you | 1
• did not live with you due to divorce or separation (see instr.) | 0
Dependents on 6c not entered above | 0
Add numbers on lines above ▶ | 2

d  Total number of exemptions claimed .........................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ......................... | 7 | 9,082.
8a Taxable Interest. Attach Schedule B if required ...................... | 8a |
b  Tax-exempt interest. Do not include on line 8a ......... | 8b |
9a Ordinary dividends. Attach Schedule B if required ...................... | 9a |
b  Qualified dividends (see instructions) ...................... | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ....... | 10 |
11 Alimony received ..................................................... | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ .................... | 12 |
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 |
14 Other gains or (losses). Attach Form 4797 ............................. | 14 |
15a IRA distributions .......... | 15a |    b Taxable amount (see inst.) .. | 15b |
16a Pensions and annuities .... | 16a |    b Taxable amount (see inst.) . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ...... | 17 |
18 Farm income or (loss). Attach Schedule F ............................. | 18 |
19 Unemployment compensation ......................................... | 19 | 687.
20a Social security benefits .... | 20a |    b Taxable amount (see inst.) .. | 20b |
21 Other income. List type and amount (see instr.) ____ | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 9,769.

**Adjusted Gross Income**

23 Archer MSA deduction. Attach Form 8853 ............. | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ ... | 24 |
25 Health savings account deduction. Attach Form 8889 ....... | 25 |
26 Moving expenses. Attach Form 3903 ................... | 26 |
27 One-half of self-employment tax. Attach Schedule SE .... | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans ........ | 28 |
29 Self-employed health insurance deduction (see instr.) .... | 29 |
30 Penalty on early withdrawal of savings ................. | 30 |
31a Alimony paid  b Recipient's SSN ▶ ____ | 31a |
32 IRA deduction (see instructions) ..................... | 32 |
33 Student loan interest deduction (see instructions) ....... | 33 |
34 Jury duty pay you gave to your employer ............... | 34 |
35 Domestic production activities deduction. Attach Form 8903 . | 35 |
36 Add lines 23 through 31a and 32 through 35 .................................... | 36 |
37 Subtract line 36 from line 22. This is your **adjusted gross income** ................... ▶ | 37 | 9,769.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2006)

BCA Copyright form software only, 2006 Universal Tax Systems, Inc. All rights reserved.    US1040S1    Rev 1

Form 1040 (2006)   JOSE L BARCACER   1454   Page 2

| | | | | |
|---|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) | 38 | 9,769. |

**Tax and Credits**

**Standard Deduction for -**

* **People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.**

* **All others:**

Single or Married filing separately, $5,150

Married filing jointly or Qualifying widow(er), $10,300

Head of household, $7,550

| | | | | |
|---|---|---|---|---|
| 39a | Check if: | You were born before Jan. 2, 1942, ☐ Blind. ☐ Total boxes Spouse was born before Jan. 2, 1942. ☐ Blind. ☐ checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,150. |
| 41 | Subtract line 40 from line 38 | 41 | 4,619. |
| 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total no. of exemptions claimed on line 6d | 42 | 6,600. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| 44 | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 ▶ | 46 | |
| 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| 48 | Credit for child and dependent care exp. Attach Form 2441 | 48 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| 50 | Education credits. Attach Form 8863 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Residential energy credits. Attach Form 5695 | 52 | |
| 53 | Child tax credit (see inst.). Attach Form 8901 if required | 53 | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | |
| 56 | Add lines 47 through 55. These are your total credits | 56 | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | |

**Other Taxes**

| | | | | |
|---|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | 58 | |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| 62 | Household employment taxes. Attach Schedule H | 62 | |
| 63 | Add lines 57 through 62. This is your total tax ▶ | 63 | |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | | |
|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 469. |
| 65 | 2006 estimated tax pymts and amt applied from 2005 return | 65 | |
| 66a | Earned income credit (EIC) | 66a | 2,747. |
| b | Nontaxable combat pay election ▶ 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | 67 | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| 69 | Amount paid with request for extension to file (see inst) | 69 | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| 71 | Credit for federal telephone excise tax paid. Attach Form 5613 if required | 71 | 40. |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 3,256. |

**Refund**

Direct deposit? See instructions and fill in 74b, 74c, and 74d.

| | | | | |
|---|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 3,256. |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 3,256. |
| b | Routing number | BANK PRODUCT | | ▶ c Type: ☒ Checking ☐ Savings |
| d | Account number | APPLIED FOR | | |
| 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ | 75 | |

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | 76 | |
| 77 | Estimated tax penalty (see instructions) | 77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☒ No

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature | Date | Your occupation: FACTORY | Daytime phone number 646-696-6894 |
| Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature ▶ | | Date 02/08/2007 | Check if self-employed ☐ | Preparer's SSN or PTIN 4030 |
| Firm's name (or yours if self-employed), address, and ZIP code | askc | | EIN | 4723 |
| | Bronx NY 10452- | | Phone no. | 718-731-4828 |

BCA   Copyright form software only. 2006 Universal Tax Systems, Inc. All rights reserved.   US104032  Rev 1   Form **1040** (2006)

Form **1040**  Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20     OMB No. 1545-0074

| Label | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| L A B E L | JOSE L | BALCACER | 1454 |
| Use the IRS label. | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Otherwise, please print or type. H E R E | Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. WB | **You must enter your SSN(s) above.** ▲ |
| Presidential | City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. Bronx, NY 10457 | | Checking a box below will not change your tax or refund |
| Election Campaign ▶ | Check here if you, or your spouse if filing jointly, want $3 to go to this fund . . . . . . . . . ▶ | X You | Spouse |

**Filing Status**
Check only one box.

- 1 [X] Single
- 2 [ ] Married filing jointly (even if only one had income)
- 3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
- 4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here ▶
- 5 [ ] Qualifying widow(er) with dependent child

**Exemptions**

| | | | | | Boxes checked on 6a and 6b | 1 |
|---|---|---|---|---|---|---|
| 6a | [X] Yourself. If someone can claim you as a dependent, do **not** check box 6a . . . . . . . . . . . . . . . | | | | | |
| b | [ ] Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | No. of children on 6c who | |
| c | Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax credit | ● lived with you | 1 |

If more than four dependents, see instructions.

| (1) First name | Last name | | | | |
|---|---|---|---|---|---|
| J | L | 2956 Son | | X | |
| | | | | | |
| | | | | | |
| | | | | | |

● did not live with you due to divorce or separation

Dependents on 6c not entered above

Add numbers on lines above ▶  2

- d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 4,056. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . . . . . | 12 | 7,200. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ▶ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . 15a | | b Taxable amt | 15b | |
| 16a | Pensions and annuities. 16a | | b Taxable amt | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . 20a | | b Taxable amt | 20b | |
| 21 | Other income. List type and amount | | | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 11,256. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . . . . . | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | 509. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . . . . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . . . . . . | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . | 35 | | |
| 36 | Add lines 23-31a and 32-35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 509. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . ▶ | 37 | 10,747. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   JTA   FDC01 11/06/07   Form **1040** (2007)

Form 1040 (2007) JOSE L BALCACER

1454   Page **2**

| | | | | |
|---|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) | 38 | 10,747. |

**Tax and Credits**

Standard Deduction for—

● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.

● All others

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| 39a | Check | You were born before Jan 2, 1943, ☐ Blind. ☐ Total boxes if: | ☐ Spouse was born before Jan 2, 1943, ☐ Blind. checked ► | 39a | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instr and check here ► 39b ☐ | | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 40 | 5,350. |
| 41 | Subtract line 40 from line 38 | | | 41 | 5,397. |
| 42 | If In 38 is $117,300 or less, multiply $3,400 by the number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | | | 42 | 6,800. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | |
| 44 | Tax. Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form 8889 | | | 44 | |
| 45 | Alternative minimum tax. Attach Form 6251 | | | 45 | |
| 46 | Add lines 44 and 45 ► | | | 46 | |
| 47 | Credit for child and dependent care exp. Attach Form 2441 | 47 | | | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | | |
| 49 | Education credits. Attach Form 8863 | 49 | | | |
| 50 | Residential energy credits. Attach Form 5695 | 50 | | | |
| 51 | Foreign tax credit. Attach Form 1116 if required | 51 | | | |
| 52 | Child tax credit. Attach Form 8901 If required | 52 | | | |
| 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | | | |
| 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | 54 | | | |
| 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | 55 | | | |
| 56 | Add lines 47 through 55. These are your total credits | | | 56 | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | | | 57 | |

**Other Taxes**

| 58 | Self-employment tax. Attach Schedule SE | | | 58 | 1,017. |
| 59 | Unreported Social Security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | | | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | | 61 | |
| 62 | Household employment taxes. Attach Schedule H | | | 62 | |
| 63 | Add lines 57 through 62. This is your total tax ► | | | 63 | 1,017. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 372. | | |
| 65 | 2007 est tax payments and amount applied from 2006 return | 65 | | | |
| 66a | Earned income credit (EIC) | 66a | 2,853. | | |
| b | Nontaxable combat pay election ► 66b | | | | |
| 67 | Excess social security and tier 1 RRTA tax withheld | 67 | | | |
| 68 | Additional child tax credit. Attach Form 8812 | 68 | | | |
| 69 | Amount paid with request for extension to file | 69 | | | |
| 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | | | |
| 71 | Refundable credit for prior year min tax from Form 8801, line 27 | 71 | | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ► | | | 72 | 3,225. |

**Refund**

Direct deposit?

Fill in 74b, 74c, and 74d or, Form 8888.

| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | | | 73 | 2,208. |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | | | 74a | 2,208. |
| b | Routing number XXXXXXXXX  ► c Type: ☐ Checking ☐ Savings | | | | |
| d | Account number XXXXXXXXXXXXXXXXXX | | | | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ► | 75 | | | |

**Amount You Owe**

| 76 | Amount you owe. Subtract line 72 from line 63 ► | | | 76 | |
| 77 | Estimated tax penalty | 77 | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ► Preparer

Phone number ►

Personal identification no. (PIN) ►

**Sign Here**

Joint return? Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | 1/25/2008 | CLEANING | (347) 241-1800 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

4449

**Paid Preparer's Use Only**

| Preparer's signature ► | Date 1/25/2008 | Check if self-employed ☐ | Preparer's SSN or PTIN | 0447 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ATAX - BUSY WAX TAX     BRONX, NY 10456 | | EI | |
| | | | Phone number (347) 524-7794 | |

JTA

FD002 11/08/07

Form **1040** (2007)

Case 1:11-cr-01032-PAE Document 530 Filed 02/06/13 Page 17 of 23

Form **1040**

Department of the Treasury - Internal Revenue Service

## U.S. Individual Income Tax Return **2008** (99) IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning , 2008, ending , 20    OMB No. 1545-0074

| **Label** | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| (See instructions on page 14.) | JOSE L | BARCACER | 1454 |
| | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 14.    Apt. no.    **N56**

**You must enter your SSN(s) above.**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.    **BRONX**    **NY**    **10452**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ► [X] You   [ ] Spouse

| **Filing Status** Check only one box. | 1 | [X] Single |
|---|---|---|
| | 2 | [ ] Married filing jointly (even if only one had income) |
| | 3 | [ ] Married filing separately. Enter spouse's SSN above and full name here. ► |
| | 4 | [ ] Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ► |
| | 5 | [ ] Qualifying widow(er) with dependent child (see page 16) |

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . . .

b [ ] **Spouse** . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b   **1**

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see page17) |
|---|---|---|---|
| I   B | 956 | Son | [X] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

If more than four dependents, see page 17.

No. of children on 6c who:
• lived with you   **1**
• did not live with you due to divorce or separation (see page 18)

Dependents on 6c not entered above

Add numbers on lines above ►   **2**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 15,081 |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . | **8a** | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . | **9a** | |
| b | Qualified dividends (see page 21) . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) . . . . . . . | **10** | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . . . | **12** | 917 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15a | IRA distributions . . . . . | 15a | | b Taxable amount (see page 23) | **15b** | |
| 16a | Pensions and annuities . . | 16a | | b Taxable amount (see page 24) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | **17** | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 1,716 |
| 20a | Social security benefits . . | 20a | | b Taxable amount (see page 26) | **20b** | |
| 21 | Other income. | | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** . . ► | **22** | 17,714 |

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 28) . . . . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . | 27 | 65 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction (see page 29) . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . | 30 | | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | | |
| 32 | IRA deduction (see page 30) . . . . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction (see page 33) . . . . . . . | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917 . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | | 36 | 65 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . ► | 37 | 17,649 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.    BEA    Form **1040** (2008)

Case 1:11-cr-01032-PAE   Document 538   Filed 02/06/13   Page 18 of 23

1454   Page 2

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | | 38 | 17,649 |
|---|---|---|---|---|---|---|
| | 39a | Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. } Total boxes checked ▶ 39a | | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 and check here ▶ 39b ☐ | | | | |
| Standard Deduction for— | c | Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c ☐ | | | | |
| • People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see page 34. | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | | 40 | 5,450 |
| | 41 | Subtract line 40 from line 38 | | | 41 | 12,199 |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | | | 42 | 7,000 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 5,199 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | | | 44 | 518 |
| • All others: | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | | 45 | |
| Single or Married filing separately, $5,450 | 46 | Add lines 44 and 45 | | ▶ | 46 | 518 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | | |
| Married filing jointly or Qualifying widow(er), $10,900 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | | |
| | 50 | Education credits. Attach Form 8863 | 50 | | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | | |
| Head of household, $8,000 | 52 | Child tax credit (see page 42). Attach Form 8901 if required | 52 | 518 | | |
| | 53 | Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695 | 53 | | | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | | | |
| | 55 | Add lines 47 through 54. These are your **total credits** | | | 55 | 518 |
| | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- | | ▶ | 56 | 0 |
| Other Taxes | 57 | Self-employment tax. Attach Schedule SE | | | 57 | 130 |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Sch. H | | | 60 | |
| | 61 | Add lines 56 through 60. This is your **total tax** | | ▶ | 61 | 130 |
| Payments | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,124 | | |
| | 63 | 2008 estimated tax payments and amount applied from 2007 return | 63 | | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | 2,616 | | |
| | b | Nontaxable combat pay election ▶ 64b | | | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 61) | 65 | | | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | 482 | | |
| | 67 | Amount paid with request for extension to file (see page 61) | 67 | | | |
| | 68 | Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885 | 68 | | | |
| | 69 | First-time homebuyer credit. Attach Form 5405 | 69 | | | |
| | 70 | Recovery rebate credit (see worksheet on pages 62 and 63) | 70 | 0 | | |
| | 71 | Add lines 62 through 70. These are your **total payments** | | ▶ | 71 | 4,222 |
| Refund | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | | | 72 | 4,092 |
| Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | 73a | 4,092 |
| | ▶ b | Routing number 0 4 4 0 0 0 0 3 7 ▶c Type: ☒ Checking ☐ Savings | | | | |
| | ▶ d | Account number R A L 0 4 X X X 1 1 8 6 8 1 1 4 5 4 | | | | |
| | 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | | | |
| Amount You Owe | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see page 65 ▶ | | | 75 | |
| | 76 | Estimated tax penalty (see page 66) | 76 | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see page 66)? ☐ Yes. Complete the following. ☒ No |
|---|---|
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 15.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 81454 | 02-03-2009 | DELIVERY | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | 347-810-1146 |

| Paid Preparer's Use Only | Preparer's signature | | Date 02-20-2009 | Check if self-employed ☒ | Preparer's SSN or PTIN 162251 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | IMMITAX CORPORATION | | EIN | 2289 |
| | | Bronx      NY   10457 | | | Phone no. 718-294-7677 |

EFA

Form **1040** (2008)

# PEARSON

200 OLD TAPPAN ROAD
OLD TAPPAN, NEW JERSEY 07675

| | |
|---|---|
| CHECK NO: | 423662 |
| CHECK DATE: | 12/01/06 |
| PERIOD ENDING: | 11/26/06 |
| PAY FREQUENCY: | WEEKLY |

JOSE L BARCACER

BRONX, NY 10457

ID NUMBER: 0000043198
BASE RATE: 11.2800
SSN:

STATUS EXEMPT TAX ADJUSTMENTS
FED: SINGLE 02
ST1:
ST2:

FED:
DI/UC: 0000
LOCAL:

ST HRS:

STATE AND LOCAL CODES
PRI: NY LOC1: NY LOC3:
SEC: NJ LOC2: LOC4:
LOC5:

## IMPORTANT MESSAGE

PLEASE REVIEW YOUR CHECK CAREFULLY. REVIEW YOUR BENEFIT. DEDUCTIONS, NAME, ADDRESS, ALL TAX WITHHOLDING AND EXEMPTIONS.
TAX RATES MAY HAVE CHANGED. SDI/UC AND SOCIAL SECURITY TAX RESTART IN JANUARY. YOUR EMPLOYEE ID NUMBER IS LISTED ABOVE.

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT | |
| REG-W/H TEMP | 16.00 | 180.00 | 624.25 | 7022.82 | SO SEC TAX | 11.16 | 435.41 | |
| | | | | | MEDICARE TAX | 2.61 | 101.83 | |
| | | | | | FED INC TAX | .21 | 306.29 | |
| | | | | | PRI-STATE TAX | | 89.34 | |
| | | | | | SEC-STATE TAX | 2.70 | 107.31 | |
| | | | | | SDI/UC TAX | .77 | 29.85 | |
| | | | | | PRI-LOCAL TAX | 1.59 | 128.04 | |
| | | | | | TOTAL TAXES | 19.04 | 1200.01 | |
| | | | | | AFTER-TAX DEDUCTIONS | | | |
| TOTAL H/E | 16.00 | 180.00 | 624.28 | 7022.82 | | | | |
| | PRE-TAX ITEMS | | | | | | | |
| TOTAL PRE-TAX | | | | | | | | |

| TOTAL | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 180.00 | .00 | 180.00 | 19.04 | .00 | 160.96 | |
| Y-T-D | 7022.82 | .00 | 7022.82 | 1200.01 | .00 | 5822.81 | |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

c



| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 1099$$ | 13.00 | 2.5000 | 32.50 |
| SURCHRG | 13.00 | 0.1000 | 1.30 |

**EARNINGS**  **TAXES**  **DEDUCTIONS**  **YEAR TO DATE**

D/B/A BIG CITY

NEW YORK, NY 10027

JUN 27,2007    JUL 3,2007    JUL 6,2007    $ .00 / $ .00

| YEAR TO DATE | | |
|---|---|---|
| DESCRIPTION | AMOUNT | |
| GROSS | 1768.00 | |
| 1099$$ | 1700.00 | |
| SURCHRG | 68.00 | |

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

**TOTAL** 26.00  **$** 33.80  **TOTAL $** 0.00  **TOTAL $** 0.00  0011649  \*\*\*\*\*\*\*33.80

Form **W-2 Wage and Tax Statement** 2007
c Employer's name, address, and ZIP code

DOMINO'S PIZZA LLC

ANN ARBOR MI 48106-0997

e Employee's name, address, and ZIP code

MDB/3662 /186321
JOSE LUIS BARCACER

| 7 Social security tips | 1 Wages, tips, other comp. 26.60 | 2 Federal income tax withheld |
|---|---|---|
| 8 Allocated tips | 3 Social security wages 26.60 | 4 Social security tax withheld 1.65 |
| 9 Advance EIC payment | 5 Medicare wages and tips 26.60 | 6 Medicare tax withheld 0.39 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |

Staff 13 Statutory employee | Retirement Plan | Third party sick pay | 14 Other | 12b
Location number (EIN) 5603 | 12c

CO.   FILE   DEPT.   CLOCK   NUMBER   040
**DHM**  000704 143503 DN50X  0043127413  1

*PHOENIX BEVERAGES*

*L.I.C. NY 11101*

# Earnings Statement

ADP

| Period Ending: | 12/28/2007 |
|---|---|
| Pay Date: | 12/28/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
State: 2
Local: 2

**JOSE LUIS BARCACER**

**BRONX, NY 10457**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 500.00 | | 500.00 | 3,900.00 |
| Overtime | 18.7500 | 1.00 | 18.75 | 56.25 |
| Extra Days | 12.5000 | 8.00 | 100.00 | 100.00 |
| **Gross Pay** | | | **$618.75** | 4,056.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -58.38 | 372.17 |
| | Social Security Tax | -38.36 | 251.49 |
| | Medicare Tax | -8.98 | 58.82 |
| | NY State Income Tax | -22.93 | 131.30 |
| | New York Cit Income Tax | -14.28 | 84.17 |
| | NY SUI/SDI Tax | -0.60 | 4.80 |
| | **Net Pay** | **$475.22** | |

Your federal taxable wages this period are $618.75

©1998, 2006  ADP, Inc. All Rights Reserved.

TEAR HERE

Case 1-09-01032-PAF Doc 538-2 Filed 02/06/13 Page 22 of 23

**Form W-2 Wage and Tax Statement**
Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

Dept. of the Treasury • Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

These substitute W-2 Wage and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns.
If you worked in multiple locations, or had several forms of special compensation, you may receive more than one of these documents.

---

| d. Control number | 13198 | This information is being furnished to the Internal Revenue Service | **2007** | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|---|---|---|
| b. EMPLOYER IDENTIFICATION NUMBER (EIN) 22-1603684 | | a. EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| c. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | | | | | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |

PEARSON EDUCATION
ONE LAKE STREET
UPPER SADDLE RIV NJ 07458

13 Statutory Employee / Retirement Plan / Third-Party Sick Pay

7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS
9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS

e. EMPLOYEE'S FIRST NAME AND INITIAL  LAST NAME  SUFF.
JOSE L  BARCACER

11 NONQUALIFIED PLAN | 12 a-d
14 OTHER  UI/HC/WF  3.33
DI PP#  225-64036

APT 5W
BRONX, NY 10457

f. EMPLOYEE'S ADDRESS AND ZIP CODE

| 15 STATE | EMPLOYER'S STATE I.D. NO. | 16 STATE WAGES, TIPS, ETC. | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
|---|---|---|---|---|---|---|
| NJ | 684/000 | 784.69 | 11.77 | | | |

---

| d. Control number | 0000043198 | This information is being furnished to the Internal Revenue Service | | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|---|---|---|
| b. EMPLOYER IDENTIFICATION NUMBER (EIN) 3684 | | a. EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| c. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | | | | | 6 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |

PEARSON EDUCATION
ONE LAKE STREET
UPPER SADDLE RIV NJ 07458

7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS
9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS

e. EMPLOYEE'S FIRST NAME AND INITIAL  LAST NAME  SUFF.
JOSE L  BARCACER

11 NONQUALIFIED PLANS | 12 a-d
14 OTHER  UI/HC/WF  3.33
DI PP#  225-64036

BRONX, NY 10457

f. EMPLOYEE'S ADDRESS AND ZIP CODE

| 15 STATE | EMPLOYER'S STATE I.D. NO. | 16 STATE WAGES, TIPS, ETC. | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
|---|---|---|---|---|---|---|
| NJ | 4/000 | 784.69 | 11.77 | | | |

Copy 2  To be filed with Employee's STATE, CITY or LOCAL tax return
FORM **W-2 Wage and Tax Statement**  2007

Dept. of the Treasury – Internal Revenue Service

---

| d. Control number | 13198 | This information is being furnished to the Internal Revenue Service | | OMB NO. 1545-0008 | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|---|---|---|
| b. EMPLOYER IDENTIFICATION NUMBER (EIN) 22-1603684 | | a. EMPLOYEE'S SOCIAL SECURITY NUMBER 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 | | | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| c. EMPLOYER'S NAME, ADDRESS, AND ZIP CODE | | | | | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |

PEARSON EDUCATION
ONE LAKE STREET
UPPER SADDLE RIV NJ 07458

7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS
9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS

e. EMPLOYEE'S FIRST NAME AND INITIAL  LAST NAME  SUFF.
JOSE L  BARCACER

11 NONQUALIFIED PLANS | 12 a-d
14 OTHER  UI/HC/WF  3.33
DI PP#  225-64036

APT 5W
BRONX, NY 10457

f. EMPLOYEE'S ADDRESS AND ZIP CODE

| 15 STATE | EMPLOYER'S STATE I.D. NO. | 16 STATE WAGES, TIPS, ETC. | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC. | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
|---|---|---|---|---|---|---|
| NJ | 4/000 | 784.69 | 11.77 | | | |

Copy 2  To be filed with Employee's STATE, CITY or LOCAL tax return
FORM **W-2 Wage and Tax Statement**  2007

| Federal Filing Copy | NY. State Filing Copy | City or Local Filing Copy |
|---|---|---|

**Copy 1 (Federal Filing Copy)**

| Box | Value |
|---|---|
| 3 Social security wages | 32.49 |
| 5 Medicare wages and tips | 32.49 |
| 4 Social security tax withheld | |
| 6 Medicare tax withheld | .47 |
| d Control number | 0118651454 VXX |
| Employer use only | 246 |
| c Employer's name, address, and ZIP code | LOCAL 812 HEALTH FUND<br>445 NORTHERN BOULEVARD<br>GREAT NECK, NY 11021 |
| b Employer's FED ID number | 2404 |
| a Employee's SSA number | 1454 |
| 12a C | 32.49 |
| 14 Other | SUN LIFE INSURANCE |
| e/f Employee's name, address and ZIP code | JOSE LUIS BARCACER<br>BRONX, NY 10457 |
| 15 State NY | Employer's state ID no. 14212776 |
| 16 State wages, tips, etc. | 32.49 |

**Federal Filing Copy**
W-2 Wage and Tax Statement **2008**
Copy B to be filed with employee's Federal Income Tax Return.

**Copy 2 (NY. State Filing Copy)**

| Box | Value |
|---|---|
| Social security wages | 32.49 |
| Medicare wages and tips | 32.49 |
| Social security tax withheld | |
| Medicare tax withheld | .47 |
| d Control number | 0118651454 VXX |
| Employer use only | 246 |
| c Employer's name, address, and ZIP code | LOCAL 812 HEALTH FUND<br>445 NORTHERN BOULEVARD<br>GREAT NECK, NY 11021 |
| b Employer's FED ID number | 2404 |
| a Employee's SSA number | 1454 |
| 12a C | 32.49 |
| 14 Other | SUN LIFE INSURANCE |
| e/f Employee's name, address and ZIP code | JOSE LUIS BARCACER<br>BRONX, NY 10457 |
| 15 State NY | Employer's state ID no. 14212776 |
| 16 State wages, tips, etc. | 32.49 |

**NY. State Filing Copy**
W-2 Wage and Tax Statement **2008**
Copy 2 to be filed with employee's State Income Tax Return.

**City or Local Filing Copy**

| Box | Value |
|---|---|
| 2 Federal income tax withheld | 2.01 |
| 5 Medicare wages and tips | 32.49 |
| 6 Medicare tax withheld | 24 |
| d Control number | 0118681454 VXX |
| c Employer's name, address, and ZIP code | LOCAL 812 HEALTH FUND<br>445 NORTHERN BOULEVARD<br>GREAT NECK, NY 11021 |
| b Employer's FED ID number | 404 |
| a Employee's SSA number | 1454 |
| 12a C | 32.49 |
| 14 Other | SUN LIFE INSURANCE |
| c/f Employee's name, address and ZIP code | JOSE LUIS BARCACER<br>BRONX, NY 10457 |
| 15 State NY | Employer's state ID no. 14212776 |
| 16 State wages, tips, etc. | 32.49 |

**City or Local Filing Copy**
W-2 Wage and Tax Statement **2008**
Copy 2 to be filed with employee's City or Local Income Tax Return.