UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

   -v-                                                           :       (S-5) 11 Cr. 1032 (PAE)

EDWIN CIRIACO, et. al.,                         :

                 **Defendants.**
------------------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the attached Memorandum of Law and the Declaration of MITCHELL DINNERSTEIN, Esq., will move this Court before the Honorable Judge Paul Engelmayer, U.S.D.J., 500 Pearl Street, New York, New York 10007 at such time as the Court designates, for an Order directing:

        1. A motion pursuant to F. R. Cr. P. 12(b)(3)(C) to suppress Evidence seized, and

        2. For a Bill of Particulars pursuant to F.R. Cr. P. 7(f)

        3. For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       March 8, 2013

                                      __/S/ *Mitchell Dinnerstein*_____
                                      MITCHELL DINNERSTEIN, ESQ.
                                      Attorney for Defendant Edwin Ciriaco
                                      The Trinity Building
                                      111 Broadway, Suite 1305
                                      New York, New York 10006
                                      (212)-925-0793

cc.: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AUSA Nola Heller, Jessica Ortiz, Rachel Maimin, Sarah Kistoff
United States Attorney
Southern District of New York
One St. Andrews Place
New York, New York 10007