USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                  Defendants.

------------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Two conferences in the above-captioned case were held on Wednesday, March 13, 2013, limited to the defendants previously identified as the Murder Defendants, sorted into two groups. The next set of conferences for the Murder Defendants is set for July 9, 2013, at 10 a.m. and 11:30 a.m. For the reasons stated on the record at the March 13 conference, time is excluded through July 9, 2013.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 14, 2013
       New York, New York