UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES

        -v-

LEONIDES SIERRA et al.,

                 Defendants.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/13
```

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the Government's letter, dated April 3, 2013, requesting an extension of the briefing schedule for the Group 1 non-murder defendants' pending motions. Under the Government's proposed schedule, its opposition to these motions would be due April 26, 2013; replies would be due May 6, 2013.

The Government's request is granted as to all pending Group 1 motions, with the exception of Edwin Ciriaco's suppression motion (*i.e.,* Points One and Two in Mr. Ciriaco's brief). Because of the potential need for a factual hearing with regard to that motion, the existing schedule remains in place: The Government's opposition is due April 5, 2013; Ciriaco's reply is due April 15, 2013; and a factual hearing is scheduled for April 18, 2013, at 9:30 a.m.

    SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: April 3, 2013
      New York, New York