UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES
                          Plaintiff,

       -against-

MIGUEL STRONG
                          Defendant.

Case No. 11 CR 1032/PAE

--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### KAFAHNI NKRUMAH, Esq.
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KN5272    My State Bar Number is 3046539

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: KAFAHNI NKRUMAH L.L.P.
                 FIRM ADDRESS: 116 W. 111th Street, New York, NY 10026
                 FIRM TELEPHONE NUMBER: 212-971-8771
                 FIRM FAX NUMBER: 347-271-3610

NEW FIRM:    FIRM NAME: KAFAHNI NKRUMAH L.L.P.
                 FIRM ADDRESS: 116 W. 111th Street, New York, NY 10026
                 FIRM TELEPHONE NUMBER: 877-316-9241/212-678-4960
                 FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 1, 2013

ATTORNEY'S SIGNATURE