```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES                                               :
                                                            :       S5 11 Cr. 1032 (PAE)
             -v-                                            :
                                                            :       ORDER
LEONIDES SIERRA et al.,                                     :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Government has notified the Court that it has entered, or expects to enter, into plea agreements with each of the Group 2 "Non-Murder" defendants scheduled for trial beginning September 16, 2013. Accordingly, the final pretrial conference previously set for September 3, 2013 at 9:30 a.m. is adjourned. Should the dispositions of these cases not occur as anticipated, the Court will reschedule the final pretrial conference for a later date. In that event, counsel are advised to be prepared to comply with the September 6 deadline previously set by the Court for the submission of proposed voir-dires and requests to charge. The September 16 trial date remains in place pending the entry of guilty pleas.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 29, 2013
       New York, New York