USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES

          -v-

LEONIDES SIERRA et al.,

                  Defendants.

-----------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the entry of guilty pleas in this case, the trial previously scheduled to commence on September 16, 2013 is hereby adjourned.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: September 4, 2013
       New York, New York