UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES                                        :

                        -v-                          :           S5 11 Cr. 1032 (PAE)

                                                     :           ORDER
LEONIDES SIERRA et al.,                              :

                              Defendants.            :

---------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/29/2013

PAUL A. ENGELMAYER, District Judge:

Two pre-trial conferences, for the defendants previously identified as the "Murder

Defendants," are currently scheduled for Friday, November 1, 2013 at 2:00 p.m. and 3:30 p.m.

Both conferences will now be held in Courtroom 506 in the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, NY 10007.


SO ORDERED.

_Paul A. Engelmayer_

Paul A. Engelmayer
United States District Judge

Dated: October 29, 2013
       New York, New York