IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.                                                                    ATTORNEY'S DECLARATION
                                                                       CASE NO.  11 CR 1032/PAE

MIGUEL STRONG, et. al.,

        Defendants
_____/

       KAFAHNI NKRUMAH, Esq., pursuant to Title 28 U.S.C. 1746, hereby declares under penalty of perjury:

1. Mr. Joshua Dratel, Esq. and I were appointed pursuant to the Criminal Justice Act, represent MIGUEL STRONG in the above captioned matter.  Mr. Strong is currently a defendant in this matter who is subject to the capital review process.

2. The Honorable Paul E. Englemayer has set a deadline of February 3, 2014 for the submission of mitigation submissions by the defense to the Department of Justice in connection with the review process.  On July 12, 2013 Judge Engelmayer issued an order directing counsel for those defendants who intended to make a mitigation submission by Feb. 3, 2014, to discuss with their client the potential impact on the trial schedule of that decision.

3. On October 30, 2013, I meet with Mr. Strong at the Metropolitan Detention Center and confirmed that he approved our decision to file a mitigation submission by February 3, 2014, and that he understands the potential impact that decision may have on the date of his trial as detailed in the government's letter of October 24, 2013.

Respectfully Submitted,

\_\_\_/s/ Kafahni Nkrumah\_\_\_ ,

KAFAHNI NKRUMAH, Esq.

Dated:  New York, New York

November 3, 2013