UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States

                Plaintiff,

-against-

Sierra (Miguel Strong)

                Defendant.

Case No. 11 Cr 1032 (PAE)

---

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joshua L. Dratel**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JLD4037     My State Bar Number is 1795954

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Joshua L. Dratel, P.C.
FIRM ADDRESS: 2 Wall Street, New York, New York 10005
FIRM TELEPHONE NUMBER: (212) 732-0707
FIRM FAX NUMBER: (212) 571-3792

NEW FIRM:
FIRM NAME: Joshua L. Dratel, P.C.
FIRM ADDRESS: 29 Broadway, Suite 1412, New York, NY 10006
FIRM TELEPHONE NUMBER: (212) 732-0707
FIRM FAX NUMBER: (212) 571-3792

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 30, 2013

ATTORNEY'S SIGNATURE