UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
| | ) | **11 Cr. 1032 (PAE)** |
| LEONIDES SIERRA,  et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                            Southern District of New York


                                   by:  _____/s/_____
                                           RYAN P. POSCABLO
                                           Assistant United States Attorney
                                           (212) 637-2634

TO:    All Defense Counsel via ECF