UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      UNITED STATES

                -v-

      LEONIDES SIERRA et al.,

                  Defendants.
------------------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/14

PAUL A. ENGELMAYER, District Judge:

Upon the application of the United States of America, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Nola B. Heller, of counsel, with the consent of counsel for defendants Felix Lopez-Cabrera, Luis Beltran, Javier Beltran, Miguel Strong, Yandel Silverio, Carlos Lopez, Andry Lazala, and Raymond Sosa, for an order precluding the dissemination within jail facilities of the trial transcripts from the trial of Carlos Urena and Limet Vasquez in the above-captioned case (the "Trial Transcripts"), and based on the Court's independent review, it is hereby

ORDERED that (1) the defense is precluded from disseminating the Trial Transcripts and any copies thereof to anyone beyond the defendants, defense counsel, and any paralegal or staff employed by the defense; and (2) the defendants themselves are precluded from taking the Trial Transcripts and any copies thereof with them into any jail facility either before, during, or after trial; except that the defendants may review the Trial Transcripts in the possession of defense counsel when in the presence of defense counsel.

      SO ORDERED.

1

/s/ Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: April 24, 2014
       New York, New York