USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES

-v-

LEONIDES SIERRA et al.,

                Defendants.

------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received requests (in the form of budgetary authorization forms) from counsel for various defendants in this case, for trial transcripts from the recently concluded trial of defendants Carlos Urena and Limet Vasquez (the "Trial Transcripts"). For the avoidance of doubt, the protective order entered by the Court on April 24, 2014, with respect to the requests for these transcripts made by counsel for defendants Felix Lopez-Cabrera, Luis Beltran, Javier Beltran, Miguel Strong, Yandel Silverio, Carlos Lopez, Andry Lazala, and Raymond Sosa, precluding the dissemination of the Trial Transcripts within jail facilities, Dkt. 1091, applies with equal force to any request for the Trial Transcripts by counsel for other defendants. In other words, any such transcripts are provided on the condition that (1) the defense is precluded from disseminating the Trial Transcripts and any copies thereof to anyone beyond the defendants, defense counsel, and any paralegal or staff employed by the defense; and (2) the defendants themselves are precluded from taking the Trial Transcripts and any copies thereof with them into any jail facility either before, during, or after trial; except that the defendants may review the Trial Transcripts in the possession of defense counsel when in the presence of defense counsel.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: May 14, 2014
      New York, New York