UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES

    -v-

LEONIDES SIERRA et al.,

                        Defendants.

------------------------------------------------------------------------X

S5 11 Cr. 1032 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/14

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter, dated June 11, 2014, from counsel for defendant Felix Lopez-Cabrera, on behalf of all defendants in this case scheduled to be tried in September. Dkt. 1188. The letter requests that the Court's April 24, 2014 protective order, which applies to the transcripts of the trial of Carlos Urena and Limet Vasquez, be amended to allow each defendant to retain a copy of the disc containing the transcripts. The letter does not indicate whether the Government has been consulted with regard to this request, and, if so, the Government's view on the matter.

Counsel for Mr. Lopez-Cabrera are hereby directed to confer with the Government and submit to the Court, no later than June 20, 2014, a revised request for an amendment to the protective order, incorporating the Government's views.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: June 12, 2014
       New York, New York