UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                :
   UNITED STATES                                :
                                                :       S5 11 Cr. 1032 (PAE)
                        -v-                      :
                                                :              ORDER
   LEONIDES SIERRA et al.,                       :
                                                :
                        Defendants.             :
                                                :
-------------------------------------------------------------------- X

> USP᠆C SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/31/14

PAUL A. ENGELMAYER, District Judge:

A pretrial conference was held on July 31, 2014 for Felix Lopez-Cabrera, Carlos Lopez,

Luis Beltran, Miguel Strong, Javier Beltran, Andry Lazala, and Raymond Sosa, whose trial is

scheduled to begin on September 15, 2014.  For the reasons stated on the record during the

conference, the Court made the following rulings:

- The motions to suppress filed by Lopez-Cabrera are denied.

- The motion filed by Luis Beltran for early production of § 3500 and *Giglio* material is

   denied.

At the conference, the Court also set the following deadlines:

- Luis Beltran's brief on his request for a bill of particulars, specifically as to the identities

   of the victims of the attempted murder charged in the indictment, is due on August 7,

   2014.  The Government's brief is due on August 14, 2014.

- Luis Beltran's brief on his proposed motion to suppress the out-of-court identification of

   him by a civilian witness to the murder of Raymond Casul is due on August 7, 2014.  The

   Government's brief is due on August 14, 2014.

- Defendants' brief on their request for additional peremptory challenges during jury selection is due on August 7, 2014. The Government's brief is due on August 14, 2014.

- In a joint letter due August 4, 2014, the parties are directed to submit their views as to whether to utilize a questionnaire during jury selection.

The Court will hold the final pretrial conference as to these defendants on September 9, 2014, at 2:00 p.m. in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The Clerk is directed to terminate the motion pending at Dkt. 1202.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: July 31, 2014
     New York, New York