UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

United States of America          Plaintiff,         Case No.  11 CR 1032/PAE

-against-

MIGUEL STRONG, et. al.,           Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kafahni Nkrumah, Esq.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KN5272          My State Bar Number is 3046539

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Law Office of Kafahni Nkrumah, L.L.P.
            FIRM ADDRESS: 116 W. 111th Street, New York, NY 10026
            FIRM TELEPHONE NUMBER: 877-316-9241
            FIRM FAX NUMBER: 347-271-3610

NEW FIRM:   FIRM NAME: Nkrumah Law PLLC
            FIRM ADDRESS: 116 W. 111th Street, New York, NY 10026
            FIRM TELEPHONE NUMBER: 917-722-3687(o) 877-316-9241 (24hr)
            FIRM FAX NUMBER: 212-222-2680

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: Nov. 11, 2014

ATTORNEY'S SIGNATURE