January 15, 2015

To whom it may concern:

  I am Escrawlina, Miguel's little sister.  I feel really bad with what happened to my brother.  He is a very good brother.  The day I find out he got locked up really killed me I didn't even know what to say it hates me so much to have to go ever Tuesday to see my brother Miguel I wished he could be with us back home to see his baby girl grow, everyday that goes by…I remember every time we would be at home watching tv and playing games together I really miss all that.  I miss coming home and seeing him here with us.  It has been 3 Decembers that I haven't been with my brother for a New Year and every 31st at 12 o'clock I cry for my brother hoping he can come back home really soon to be with his family.  He is a really good brother, father, and cousin.  Please let my brother go home because I really need him.  I miss him a lot please.

                Sincerely,


                Escrawlina