```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      S5 11 Cr. 1032 (PAE)

          -v-

                                        ORDER

MIGUEL STRONG,
                    Defendant.
------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On May 24, 2015, the Court received a letter from defendant Miguel Strong, addressed to the Clerk of the Court, requesting a copy of the transcript of his February 25, 2015 sentencing hearing.

The Court grants Mr. Strong's request, and will send him a copy of the sentencing transcript along with a copy of this order.

So ordered.

Dated: New York, New York
       June 15, 2015

*Paul A. Engelmayer*
PAUL A. ENGELMAYER,
UNITED STATES DISTRICT JUDGE

Miguel Strong

FCI Beckley

P.c. box 350
Beaver, WV 25813

May, 24, 2015

Re: Transcripts.
Case # 11CR01032-031(PAE)

Attn: Clerk of Court,

    Please be advised that I am trying to obtain my sentencing transcripts. Therefore, I would need the address to the proper court reporter to whom I must write to, in order to obtain the said transcripts.

    Please upon receipt of this letter, kindly send to me the address to the court reporter, so I can order the minutes.

Thank you kindly in advance.

Respectfully Submitted,

*Miguel Strong / #66089-054*
Miguel Strong