# Mark S. DeMarco

Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

April 30, 2016

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**BY ECF**

                        Re:    *United States v. Maria Mejia*
                                  S18 11 Cr. 1032 (PAE)

Your Honor:

      I write this letter with the consent of Assistant United States Attorney Nola Heller to respectfully request that Ms. Mejia's sentencing which is scheduled for May 9, 2016, be adjourned to May 17, 2016. This adjournment is requested because I am presently engaged in a nine-defendant trial in the Supreme Court, Bronx County [*People v. Eliseo Perez*, et. al, Indictment No. 1918/13] and we will not be convening for trial on May 17, 2016.

      Accordingly, it is respectfully requested that the sentencing be adjourned to May 17, 2016. No previous requests have been made to adjourn Ms. Mejia's sentencing. Thank you for your attention to this matter.

                                          Respectfully submitted,


                                          Mark S. DeMarco
                                          Attorney for Maria Mejia

cc:    Nola Heller, Esq.
        Assistant United States Attorney
        By ECF & Electronic Mail

        Andrew Patel, Esq.
        Attorney for Tyrone Felder